```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION AT LEXINGTON
                    CASE NO:  5:11-CV-00233-KKC
```

NANCY KINDER, individually and on                           PLAINTIFF
behalf of all others similarly situated


VS:     DEFENDANT, FORCHT BANK'S, RULE 26(a)(1) DISCLOSURES


FORCHT BANK, NA                                             DEFENDANT

                         * * * * * * * * *

Comes now the defendant, Forcht Bank, NA, and submits the following information in accordance with FRCP 26(a)(1):

1.  The following persons are known to the defendant to have information with respect to the claims being made by the plaintiff and the defenses asserted by the defendant:

   A.  Tyronicia Allen-Crutcher, Chief Operations Officer, Forcht Bank, 2721 Old Rosebud Road, Suite 105, Lexington, Kentucky 40509, (859) 263-6651;

   B.  Tena Webster, Chief Customer Service Officer, Forcht Bank, 203 South Main Street, Williamstown, Kentucky 41097, (859) 824-4436; and

   C.  Marcella Dunn, Compliance Officer, 1846 South Highway 27, Somerset, Kentucky 42501, (606) 451-4544.

Each of the individuals above have knowledge of the bank's policies with regards to the bank's ATMs and have knowledge as to Nancy Kinder's alleged use of the ATMs.  The witnesses can

further testify as to the maintenance of the ATMs.

2. The defendant has in its possession the following documents, electronically stored information and tangible items which deal with the claims being made in the plaintiff's Complaint and the defendants defenses to those claims:

A. The ATM surcharge activity report which identifies Nancy Kinder as being a person who has used the ATMs in question along with her card number, date of use and time of transaction.

B. Photographs and/or videos of Nancy Kinder and a male individual using or observing the ATMs which are the subject matter of the plaintiff's litigation.

/s/WESLEY R. TIPTON_____
WESLEY R. TIPTON
TIPTON & TIPTON
P.O. BOX 1284
404 ROY KIDD AVENUE
CORBIN, KENTUCKY  40702
TELEPHONE:  (606) 528-1166
FAX:  (606) 528-1184
tiptonandtipton.com
Counsel for Forcht Bank, NA

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to the following:

2

Hon. Geoffrey Bestor
2701 Calvert Street, NW #1121
Washington, DC  20008
gbesq@bestorlaw.com

                                              /s/WESLEY R. TIPTON_____
                                              COUNSEL FOR DEFENDANT