## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DISTRICT AT LEXINGTON

| | |
|---|---|
| NANCY KINDER, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) Civil Action No. 11-233-JMH ) ) |
| vs. | ) ) |
| FORCHT BANK, | ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF SERVICE OF RULE 26(a)(1) DISCLOSURES

Plaintiff hereby certifies that on December 22, 2011, Plaintiff served her Fed. R. Civ. P. 26(a)(1) initial disclosures on counsel for Defendant, Leroy Gilbert, by email.

Dated: December 22, 2011          Respectfully submitted,

/s/ Geoffrey Bestor
Geoffrey Bestor
2701 Calvert Street, NW #1121
Washington, DC 20008
(240) 463-8503
gbesq@bestorlaw.com

Counsel for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Certificate of Service of Plaintiff's Rule 26(a)(1) Disclosures* has been served upon Counsel for Defendant, Leroy Gilbert, by email at the email address designated in the records of the court on this 22d day of December, 2011:

/s/
Geoffrey Bestor